```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
    UNITED STATES OF AMERICA                                :
                                                            :
                                                            :        22 Cr. 365 (LGS)
                    -against-                               :
                                                            :        SCHEDULING ORDER
    SERGIO CEPEDA,                                          :
                                                Defendant,  :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS the parties filed a letter dated July 12, 2022, stipulating to (i) dates for the production of Rule 16 discovery; (ii) a briefing schedule for the filing of motions; (iii) dates for a pretrial conference; and (iv) making an application to exclude time. (Dkt. No. 10)  It is hereby

**ORDERED** that the stipulated dates are approved in part.  The Government shall produce any Rule 16 discovery by **July 28, 2022.**  It is further

**ORDERED** that Defendant's motion(s), if any, shall be filed by **September 30, 2022**. The Government's response, if any, shall be filed by **October 14, 2022**.  Defendants' reply, if any, shall be filed by **October 24, 2022**.  It is further

**ORDERED** that the parties shall appear for a status conference on **November 7, 2022, at 10:30 a.m**.  It is further

**ORDERED** that the Court finds that the ends of justice served by excluding the time between today and November 7, 2022, outweigh the best interests of the public and the Defendant in a speedy trial as provided in 18 U.S.C. § 3161(h)(7)(A) because, the exclusion would give Defendant time to review discovery and would allow the parties to engage in discussions regarding a potential disposition of this matter.  The time between today and November 7, 2022, is hereby excluded.  The Clerk of the Court is directed to terminate the letter

motion at docket number 10.

The parties are warned that any discussions regarding the possible disposition of this matter will not stay the aforementioned schedule.

Dated: July 26, 2022
      New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**