**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

March 9, 2023

<u>Via ECF</u>

The Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   <u>United States v. Sergio Cepeda</u>
      **22 Cr. 365 (LGS)**

Dear Judge Schofield,

We write with the consent of the government to respectfully request an approximately 30-day adjournment of the March 13, 2023 status conference in the above-captioned matter.

The parties have made progress in their ongoing negotiations about a potential pretrial disposition of this matter. So that the parties may continue their discussions and potentially reach agreement regarding a pretrial disposition without the need for motion practice, we respectfully request that the Court adjourn for approximately 30 days the March 13, 2023 status conference.

Should this adjournment request be granted, the government seeks the exclusion of time under the Speedy Trial Act until the rescheduled status conference. The defense has no objection to this request.

Respectfully submitted,

/s/

Neil P. Kelly
Assistant Federal Defender
(212) 417-8744

Application Granted.  The status conference currently scheduled for March 13, 2023, is adjourned to **April 11, 2023, at 10:45 a.m**.  The Court finds that the ends of justice served by excluding the time between today and April 11, 2023, outweigh the best interests of the public and the Defendant in a speedy trial as provided in 18 U.S.C. § 3161(h) (7) (A) because the parties are currently engaged in discussions regarding a potential disposition of this matter and the exclusion will allow these discussion to continue.  The time between today and April 11 2023, is hereby excluded.  The Clerk of the Court is directed to terminate the letter motion at docket number 20.
Dated: March 9, 2023
New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**