

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 6, 2023

**BY ECF**
The Honorable Lorna G. Schofield
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *United States v. Sergio Cepeda*, 22 Cr. 365 (LGS)

Dear Judge Schofield:

The parties respectfully submit this joint letter to request that the conference currently scheduled for April 11, 2023 (Dkt. No. 21) be adjourned to on or after May 2, 2023, to allow the parties additional time to continue their discussions regarding a possible pretrial disposition of this matter. For the same reason, the Government further respectfully requests, with the defendant's consent, that time be excluded under the Speedy Trial Act from today's date through the date of the next status conference, pursuant to 18 U.S.C. § 3161(h)(7)(A). The ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Sarah L. Kushner
Assistant United States Attorney
(212) 637-2676

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Application Granted. The status conference currently scheduled for April 11, 2023, is adjourned to **May 2, 2023, at 10:45 a.m**. The Court finds that the ends of justice served by excluding the time between today and May 2, 2023, outweigh the best interests of the public and the Defendant in a speedy trial as provided in 18 U.S.C. § 3161(h) (7) (A) because the parties are currently engaged in discussions regarding a potential disposition of this matter and the exclusion will allow these discussion to continue. The time between today and May 2, 2023, is hereby excluded. The Clerk of the Court is directed to terminate the letter motion at docket number 22.

Dated: April 10, 2023
New York, New York