UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                        -against-                              22 Cr. 365 (LGS)

    SERGIO CEPEDA,                                    SCHEDULING ORDER

                                Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       It is hereby **ORDERED** that Defendant Sergio Cepeda's sentencing hearing shall be held on **September 5, 2023**, at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007. Defendant's pre-sentencing submission, if any, shall be filed on or before **August 12, 2023**. The Government's pre-sentencing submission, if any, shall be filed by **August 15, 2023.**

Dated: May 5, 2023
       New York, New York

                                                          LORNA G. SCHOFIELD
                                                     UNITED STATES DISTRICT JUDGE