UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

Sergio Cepeda,

*Defendant.*

[~~PROPOSED~~]
<u>ORDER</u>

22 Cr. 365 (LGS)

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on May 2, 2023;

WHEREAS, a transcript of the plea allocution was made and thereafter was transmitted to the District Court;

WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

**SO ORDERED:**

Dated: New York, New York
       May 9, 2023

*[signature]*
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE