**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

August 10, 2023

<u>Via ECF</u>

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **United States v. Sergio Cepeda**
      **22 Cr. 365 (LGS)**

> Application Granted.  Defendant's sentencing hearing is adjourned from September 5, 2023, to **September 11, 2023, at 11:00 a.m**. Defendant's sentencing submission shall be filed by **August 21, 2023**. The Government's sentencing submission shall be filed by **August 24, 2023**.  The Clerk of the Court is directed to terminate the letter motion at docket number 32.
>
> Dated: August 11, 2023
> New York, New York
>
> **LORNA G. SCHOFIELD**
> **UNITED STATES DISTRICT JUDGE**

Dear Judge Schofield,

    We write jointly with the Government to respectfully request an adjournment of the schedule for the parties' sentencing submissions in the above-captioned matter. Sentencing is scheduled for September 5, 2023. Under the most recent Scheduling Order, the defense's sentencing submission is due this Saturday, August 12, 2023 and the Government's submission is due the following Tuesday, August 15, 2023. *See* Doc. 25. The defense has recently received additional records it wishes to review and potentially incorporate into its submission, and the Government respectfully requests one week to respond to the defense's submission.

    Accordingly, the parties jointly propose that that defense's submission be due by Thursday, August 17, 2023 and that the Government's submission be due by Thursday, August 24, 2023. We thank the Court for its consideration of this request.

Respectfully submitted,

/s/

Neil P. Kelly
Assistant Federal Defender
(212) 417-8744

cc:   AUSA Sarah Kushner