| | |
|---|---|
| **Federal Defenders**<br>OF NEW YORK, INC. | Southern District<br>52 Duane Street, 10th Floor<br>New York, NY 10007<br>Tel: (212) 417-8700 Fax: (212) 571-0392 |
| *Tamara Giwa*<br>Executive Director | *Jennifer L. Brown*<br>Attorney-in-Charge |

November 3, 2025

> Application Granted. The Court authorizes the Probation Department and its contracted mental health and substance abuse treatment providers to release Defendant's records related to his supervision and treatment in connection with this matter. The Clerk of the court is directed to terminate the letter motion at docket number 43.
>
> Dated: November 4, 2025
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

**Via ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:** **United States v. Sergio Cepeda**
    **22 Cr. 365 (LGS)**

Dear Judge Schofield,

I write to respectfully request that the Court authorize the Probation Department and Probation's contracted mental health and substance abuse treatment providers to release to the defense records relating to Mr. Cepeda's supervision and treatment in the above-captioned matter. The Government and Probation have no objection to this request.

As reflected in the violation of supervision petition filed August 13, 2025, Mr. Cepeda was supervised by the Probation Department from April 25, 2024 and had been referred to and participated in several mental health and substance abuse programs. Although the undersigned represents Mr. Cepeda and has executed release forms from him, the Probation Department and its contracted service providers will only release certain information to defense counsel with a Court order. To facilitate defense counsel's representation of Mr. Cepeda and to assist the parties' discussions regarding a potential resolution of this violation of supervised release proceeding, I respectfully request that the Court authorize the release of all of Mr. Cepeda's supervision and treatment records from Probation and Probation-contracted providers.

Respectfully submitted,

/s/

Neil P. Kelly
Assistant Federal Defender
(212) 417-8744

cc:  AUSA Sarah Kushner
     Probation Officer LaToya Harris