UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                   :

  UNITED STATES OF AMERICA       :

                                   :          22 Cr. 365 (LGS)

             -against-          :

                                   :          <u>ORDER</u>

  SERGIO CEPEDA,               :

                          Defendant.  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the parties shall confer and file a joint status letter on

**November 10, 2025,** informing the Court of the status of Defendant's compliance with the terms

of his supervised release and their respective positions with respect to the pending specifications

including whether a disposition has been reached or if an evidentiary hearing is needed.

Dated: November 4, 2025
       New York, New York

                                  LORNA G. SCHOFIELD
                           UNITED STATES DISTRICT JUDGE