

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*26 Federal Plaza*
*New York, New York 10278*

January 20, 2026

<span style="color:blue">Application Granted in part.  The sentencing  hearing currently scheduled for February 10, 2026, is adjourned to **March 17, 2026, at 11:00 a.m**. The Government's sentencing submission shall be filed by **March 3, 2026**. The Clerk of the Court is directed to terminate the letter motion at docket number 53.
Dated: January 23, 2026
New York, New York</span>

**BY ECF**

The Honorable Lorna G. Schofield
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**Re:**    *United States v. Sergio Cepeda*, **22 Cr. 365 (LGS)**

Dear Judge Schofield:

  The Government respectfully submits this letter, with defense counsel's and Probation's consent, to request that the VOSR sentencing currently scheduled for February 10, 2026 (Dkt. No. 49), be adjourned to February 18, February 19, or the morning of February 23, 2026, and that the January 23, 2026 deadline for the Government's submission be extended to February 16, 2026.  This is the first request for such an adjournment.

          Respectfully submitted,

          JAY CLAYTON
          United States Attorney

    by: _____
          Sarah L. Kushner
          Assistant United States Attorney
          (212) 637-2676

cc:  Latoya Harris (by Email)