UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                    :

   UNITED STATES OF AMERICA,          :

                                    :

                                    :            22 Cr. 365 (LGS)

              -against-              :

                                    :               ORDER

   SERGIO CEPEDA,                  :

                        Defendant.  :
-------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the sentencing currently scheduled for March 17, 2026, is

adjourned to **April 7, 2026, at 11:00 a.m.**

Dated: March 16, 2026
       New York, New York

                                          LORNA G. SCHOFIELD
                                  UNITED STATES DISTRICT JUDGE