UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------X
                                          :
    UNITED STATES OF AMERICA,              :
                                          :
                                          :        22 Cr. 365 (LGS)
                -against-                  :
                                          :           ORDER
    SERGIO CEPEDA,                         :
                              Defendant.   :
------------------------------------------------------------ X
```

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the sentencing currently scheduled for April 7, 2026, is

adjourned to **April 21, 2026, at 11:00 a.m.**

Dated: March 30, 2026
      New York, New York

                                        **LORNA G. SCHOFIELD**
                              **UNITED STATES DISTRICT JUDGE**